(86 Tex. Cr. R. 327)

MINCE v. STATE. (No. 5519.)

(Court of Criminal Appeals of Texas. Dec. 3, 1919.)

JURY ⟐29(3)—JURY MAY BE WAIVED ON TRIAL OF ALLEGED DELINQUENT CHILD.

A charge against one of being a delinquent child is not a felony, and jury can be waived.

Appeal from District Court, Hale County; R. C. Joiner, Judge.

Malcolm Mince was found guilty of being a delinquent child and ordered confined in the State Industrial School, and he appeals. Affirmed.

M. J. Baird and Geo. L. Mayfield, both of Plainview, for appellant.
Alvin M. Owsley, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant appeals from a conviction in the district court of Hale county, sitting as a juvenile court and rendering a judgment finding appellant guilty of being a delinquent child, and ordering him confined in the State Industrial School for Boys, at Gatesville. The judgment recites that a jury was waived and appellant found guilty of being a delinquent child.

A motion for a new trial was made and overruled, and the case, as brought here, presents but one point, to wit, that the complaint filed against appellant shows him to be guilty of a felony, and that in a felony case a jury cannot be waived. Under our statutes, a charge against one of being a delinquent child is not a felony, and a jury can be waived. This identical question was before this court in the companion case of Allen Lee v. State, 215 S. W. 856, decided at a former day of this term adversely to the contention of appellant.

No error appearing in the record, the judgment of the trial court is affirmed.